UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARTA M. DONIS, on behalf of herself and
on behalf of all other persons similarly situated,

                Plaintiff(s),

       -against-

VISUAL CITI, INC. and
FAZLE ABBAS DEVJIYANI,

                Defendant(s).
-------------------------------------------------------------X

Case No.:  17-CV-837 (JFB)(AYS)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Peter A. Romero, Esq. and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court on a date to be determined by the Court on a date and time to be determined by the Court, or as soon as counsel may be heard, before the Hon. Joseph F. Bianco, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, for an Order: (1) granting preliminary approval of the proposed Stipulation of Settlement between Plaintiff and Defendants; (2) certifying the proposed class for settlement purposes; (3) appointing Plaintiff's counsel as Class Counsel; (4) approving the parties' proposed notice of settlement to the putative members of the class; (5) authorizing delivery of the proposed notice to the putative members of the class; (6) scheduling a Fairness Hearing to determine whether the proposed settlement is fair, reasonable and adequate; and (7) such other and further relief as the Court deems just and proper.

Dated: Babylon, New York
      January 11, 2018

                              LAW OFFICE OF PETER A. ROMERO PLLC

BY: _____
          Peter A. Romero, Esq.
          103 Cooper Street
          Babylon, New York 11702
          (631) 257-5588
          PRomero@RomeroLawNY.com

TO:    Timothy Domanick, Esq.
        Jackson Lewis P.C.
        58 South Service Road
        Suite 250
        Melville, New York 11747
        (631) 247-4630
        Timothy.Domanick@jacksonlewis.com