Law Office of Peter A. Romero PLLC
Peter A. Romero, Esq.
103 Cooper Street
Babylon, New York 11702
Tel. (631) 257-5588
promero@romerolawny.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARTA M. DONIS, on behalf of herself and
on behalf of all other persons similarly situated,

        Plaintiff(s),

  -against-

VISUAL CITI, INC. and
FAZLE ABBAS DEVJIYANI,

        Defendant(s).
-------------------------------------------------------------X

Case No.: 17-CV-837 (JFB)(AYS)

**NOTICE OF MOTION
FOR FINAL APPROVAL
OF CLASS ACTION
SETTLEMENT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Declaration of Timothy Domanick, Esq., and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court on April 27, 2018, or as soon as counsel may be heard, before the Honorable Joseph F. Bianco, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, for an Order granting final approval the proposed Stipulation of Settlement between Plaintiff and Defendants and such other and further relief as the Court deems just and proper.

Dated: Babylon, New York
      April 20, 2018

                        LAW OFFICE OF PETER A. ROMERO PLLC

By: _____
Peter A. Romero, Esq.
103 Cooper Street
Babylon, New York 11702
Tel. (631) 257-5588
promero@romerolawny.com


TO:   Timothy Domanick, Esq.
       Jackson Lewis P.C.
       58 South Service Road
       Suite 250
       Melville, New York 11747
       (631) 247-4630
       Timothy.Domanick@jacksonlewis.com